MICHELE BECKWITH
Acting United States Attorney
ELLIOT WONG
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SAHIL SAHIL, | CASE NO. 2:24-CV-03174-AC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| EMILIA BARDINI, ET AL., | |
| Defendants. | |

1

Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's Form I-589 asylum application and withholding of removal, which he filed on or about January 28, 2022. Plaintiff claims he has been harmed by not yet being scheduled for an asylum interview. The parties have stipulated to a three-month extension for Defendants' response date to May 21, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: February 14, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ TARA A. AMIN
TARA A. AMIN
Assistant United States Attorney

/s/ JOE SIGUENZA
JOE SIGUENZA
Counsel for Plaintiff

[PROPOSED] ORDER

It is so ordered.

DATED: February 18, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE